LOZIER MOTOR COMPANY OF NEW YORK, Appellant, *v.* CHARLES P. BALL et al., Respondents.

*Lozier Motor Co. of N. Y.* v. *Ball*, 133 App. Div. 944, affirmed. (Argued October 5, 1910; decided October 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July

20, 1909, affirming a judgment in favor of defendants entered upon the report of a referee in an action for an accounting.

*A. Delos Kneeland* and *William A. Keener* for appellant.

*Thomas F. Conway, Frank E. Smith* and *T. B. Cotter* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.